**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     YVONNE SIEGEL

|  |  |  |
|---|---|---|
| | Debtor(s) | CHAPTER 13 |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant                    CASE NO: 5-21-02318-MJC
vs.
YVONNE SIEGEL etal
                    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on October 14, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1.  An Amended Plan was filed on July 11, 2022.

2.  A hearing was held and an Order was entered on August 23, 2022 directing that an amended plan be filed within thirty (30) days.

3.  As of the date of this Motion, an amended plan has not been filed.

4.  The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                        Respectfully submitted,

                                        /s/   Agatha R. McHale, Esq.
                                        Id:  47613
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Ste. A, 8125 Adams Drive
                                        Hummelstown, PA   17036
                                        Ph.  717-566-6097
                                        email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    YVONNE SIEGEL

                                                    CHAPTER 13

            Debtor(s)


        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE                 CASE NO: 5-21-02318-MJC
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court                    Date:   November 8, 2022
Max Rosenn U.S. Courthouse
Courtroom #2                             Time:   09:30 AM
197 S. Main Street
Wilkes Barre, PA


Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                        Respectfully submitted,

                        /s/ Agatha R. McHale, Esquire
                        ID:  47613
                        Attorney for Movant
                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA   17036
                        Phone:   (717) 566-6097
                        email:   info@pamd13trustee.com

Dated:   October 14, 2022

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  YVONNE SIEGEL

                CHAPTER 13

       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant           CASE NO: 5-21-02318-MJC

YVONNE SIEGEL etal

       Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 14, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALEPA18431-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

Served by 1st Class Mail

YVONNE SIEGEL
700 DELAWARE DRIVE
MATAMORAS, PA   18336

I certify under penalty of perjury that the foregoing is true and correct.


Date:   October 14, 2022

                Respectfully submitted,

                /s/   Vickie Williams
                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                Suite A, 8125 Adams Dr.
                Hummelstown, PA   17036
                Phone:   (717) 566-6097
                email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     YVONNE SIEGEL

                              CHAPTER 13

                              CASE NO: 5-21-02318-MJC

        Debtor(s)

      JACK N. ZAHAROPOULOS
      CHAPTER 13 TRUSTEE
           Movant

      YVONNE SIEGEL   etal
           Respondent(s)

## **ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.